KARL AHLERS, JR. v.
NEW JERSEY STATE PAROLE BOARD.

June 4, 1975. Petition for certification denied.

PEOPLES NATIONAL BANK OF NEW JERSEY v.
JOHN B. FOWLER, JR.

June 4, 1975. Petition of Maurice L. Stonehill for certification denied.

PEOPLES NATIONAL BANK OF NEW JERSEY v.
JOHN B. FOWLER, JR.

June 4, 1975. Petition of John B. Fowler, Jr., for certification denied.

STATE OF NEW JERSEY v. LUIS MARTINEZ.

June 4, 1975. Petition for certification denied.

OCEAN CITY BEACH AND BAY PRESERVATION
ASSOCIATION, INC. v. OCEAN CITY.

June 4, 1975. Petition for certification denied.

LOUIS T. GALLO v. MAYOR AND COUNCIL OF THE
BOROUGH OF UPPER SADDLE RIVER.

June 4, 1975. Petition for certification denied.

VINCENT E. PAOLICELLI v. JOSEPH R. WOJCIECHOWSKI.

June 4, 1975. Petition for certification denied. (See 132 *N. J. Super.* 274)